**John F. GIBBONS v. Merl IVANECKY.**

No. 5996.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1932.

Fetterman & Fetterman, of Cleveland, Ohio, for appellant.

A. W. Bell, of Cleveland, Ohio, for appellee.

PER CURIAM.
Judgment of District Court affirmed.

**Mrs. Amendola GIEREMIA, née Carmela De Masi, v. J. A. FLUCKEY, District Director of Immigration.**

No. 6322.

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1932.

Ginocchio & Ginocchio, of Cincinnati, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio, for appellee.

PER CURIAM.
Docketed and dismissed pursuant to motion of counsel for appellee.

**Boyd GILLELAND, Appellant, v. UNITED STATES of America, Appellee.**

No. 6395.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Joseph G. Collins, of Gainesville, Ga., for appellant.

J. M. Johnson, Asst. U. S. Atty., of Atlanta, Ga.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

**GOODYEAR TIRE & RUBBER CO. v. OVERMAN CUSHION TIRE CO., Inc.**

No. 6004.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1931.

Richey & Watts and Tolles, Hogsett & Ginn, all of Cleveland, Ohio, for appellant.

Bates, Golrick & Teare and Day & Day, all of Cleveland, Ohio, and R. W. Byerly, of New York City, for appellee.

PER CURIAM.
Decree of District Court affirmed.